| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ROBERT F. KIDD, ESQ. (CALIF. STATE BAR #77000)<br>DONAHUE GALLAGHER WOODS LLP<br>1999 Harrison Street, 25th Floor<br>Oakland, California 94612-3520<br>P.O. Box 12979<br>Oakland, California 94604-2979<br>Telephone: (510) 451-0544<br>Facsimile: (510) 832-1486<br>Electronic: robert@donahue.com |
| 6<br>7 | Attorneys for Defendant<br>THOMAS C. DASHIELL |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>THOMAS C. DASHIELL,<br><br>Debtor. | CHAPTER 7 CASE NO. 10-71453-EDJ-7 |
| MOKELUMNE STATION, LLC, a California limited liability company; SCOTT BATES, an individual; DARYL DUNCAN, an individual purportedly doing business as DUNCAN COMMERCIAL PROPERTIES,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS C. DASHIELL,<br><br>Defendant. | ADV. PROC. NO. 10-04414-EDJ<br><br>MOTION OF DEFENDANT THOMAS DASHIELL TO DISMISS NONDISCHARGEABILITY ADVERSARY COMPLAINT<br><br>DATE: February 7, 2011<br>TIME: 11:00 a.m.<br>JUDGE: Hon. Edward Jellen<br>ROOM: Courtroom 215<br>ADDRESS: 1301 Clay Street, Oakland, CA |

Defendant Thomas C. Dashiell ("Dashiell") respectfully moves the above-entitled Court to dismiss with prejudice the above-captioned nondischargeability adversary complaint ("the Complaint") of plaintiffs Mokelumne Station LLC ("the LLC"), Scott Bates ("Bates") and Daryl Duncan ("Duncan") (together "the Plaintiffs").

-1-

MOTION TO DISMISS

Good cause exists for such dismissal, because the Complaint was untimely filed, to wit:

    (a)    The Complaint seeks a judgment that certain alleged debts are nondischargeable under the provisions of Bankruptcy Code §§ 523(a)(2), (4) and (6) and 727(a);

    (b)    Federal Rules of Bankruptcy Procedure Rules 4004(a) and 4007(c) require that such complaint be filed not later than sixty (60) days after the date set for the first meeting of creditors;

    (c)    On October 5, 2010, the above-entitled Court set: (i) October 27, 2010 as the date for such first meeting of creditors; and (ii) December 27, 2010, as the deadline for the filing of such complaint;

    (d)    More than thirty (30) days prior to December 27, 2010, the LLC, Bates and Duncan received written notice of: (i) the existence the above-captioned Chapter 7 case; and (ii) said December 27, 2010 filing-deadline; and

    (e)    The LLC, Bates and Duncan filed the Complaint on December 28, 2010, i.e., *after* said December 27, 2010 filing-deadline.

Said motion will be based upon this notice, the motion filed herewith, the memorandum filed herewith and the declaration of Jane McFadden filed herewith.

Opposition to this motion, if any there be, must be filed in writing, along with any papers and pleadings in support therof, and served on below-signed counsel, on before January 21, 2011.

WHEREFORE, Defendant Thomas C. Dashiell prays for relief as is set forth above.

Dated: January ᴸ, 2011

DONAHUE GALLAGHER WOODS LLP

*[signature]*

ROBERT F. KIDD, ESQ.
Attorneys for debtor and defendant
THOMAS C. DASHIELL